MAY-30-2019 15:18   U.S ATTORNEYS OFFICE                                           P.02/03
Case 7:16-cv-07301-NSR-LMS   Document 32   Filed 07/02/19   Page 1 of 3
Case 7:16-cv-07301-NSR-LMS   Document 31   Filed 05/30/19   Page 1 of 2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

May 30, 2019

Dated: July 2, 2019
SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE
Clerk of the Court requested to terminate the motion (doc. 31).

**BY ECF & FAX**
Hon. Nelson S. Román
United States District Court
300 Quarropas Street
New York, New York 10007

Re: *United States v. Ginsburg Development Companies*, 16 Civ. 7301 (NSR)(LMS)

Dear Judge Román:

We represent the United States (the "Government"), the plaintiff in the above-referenced Fair Housing Act ("FHA") case. We write respectfully—on behalf of both the Government and defendant Ginsburg Development Companies ("GDC")—to request dismissal without prejudice of the above-referenced action.

Paragraph 2 of the Stipulation of Settlement, which was entered into by the Government and GDC on April 11, 2018, *see* Dkt. No. 29, provides as follows:

> No later than 60 days from the entry of this Stipulation and Order, the United States and GDC shall submit a joint status letter to the Court to indicate whether the requirements of paragraphs 3-4, 7-8, 27-31, 38-39, 40, and 45 of the Settlement Stipulation have been implemented. In the event that the joint status letter submitted by the United States and GDC indicates that the implementation of those requirements has been completed, this Action shall be dismissed without prejudice to reinstatement upon the application of any party in the event of a breach of the provisions of the Settlement Stipulation, provided that such application is made within one year following the entry of this Stipulation and Order.

GDC submits, and the Government concurs, that the requirements of paragraphs 3, 4, 7, 8, 27, 28, 29, 30, 31, 38, 39, 40, and 45 have been implemented. Accordingly, the period of time in which this Action may be reinstated has now ended. The parties did not file the required status letter within 60 days, and regret any inconvenience to the Court arising from that failure.

Under the terms of the Stipulation and Order, this action is now deemed dismissed with prejudice and not subject to reinstatement after April 12, 2021; that is, three years following the entry of the Stipulation and Order. *Id.* ¶ 3.

We thank the Court for its consideration of this letter and the request herein.

MAY-30-2019 15:18 U.S ATTORNEYS OFFICE P.03/03
Case 7:16-cv-07301-NSR-LMS   Document 32   Filed 07/02/19   Page 2 of 3
Case 7:16-cv-07301-NSR-LMS   Document 31   Filed 05/30/19   Page 2 of 2

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By:      */s/ Natasha W. Teleanu*
       LI YU
       NATASHA W. TELEANU
       Assistant United States Attorneys
       Tel.: (212) 637-2734/2528
       Fax: (212) 637-2686

cc:    (by ECF & FAX)
      Mark Ginsburg, Esq.
      Steven Bagwin, Esq.
      *Counsel for Ginsburg Development Companies*





# FACSIMILE COVER SHEET

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| From: | **Natasha W. Teleanu**<br>Assistant United States Attorney |
| Office Phone No.: | **(212) 637-2528** |
| Fax Number: | **(212) 637-2786** |
| No. of pages (including cover sheet): | 3 |
| Date sent: | **May 30, 2019** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"FOR OFFICIAL USE ONLY"
U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents, constitute "FOR OFFICIAL USE ONLY" information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.     (rev. 9/08)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| To: | Hon. Nelson S. Román<br>United States District Judge<br>Fax No.  (914) 390-4179 |
| cc: | Mark Ginsburg, Esq.<br>Steven Bagwin, Esq.<br>Ginsburg & Redmond, P.C.<br>Fax No. (914) 495-3520 |
| Re: | *United States v. Ginsburg Development Companies,*<br>16 Civ. 7301 (NSR)(LMS) |

*Please see attached.*

*Thank you.*